# MEMORANDUM DECISIONS.

ALEXANDER v. LANE et al.* (Circuit Court of Appeals, Fifth Circuit. October 28, 1907.) No. 1,664. Appeal from the Circuit Court of the United States for the Southern District of Georgia. William Garrard and P. W. Meldrim, for appellant. Robert M. Hitch, Remer L. Denmark, and Henry C. Cunningham, for appellees. Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

PER CURIAM. The decree of the Circuit Court (151 Fed. 276) is affirmed, on the authority of Warnock v. Davis, 104 U. S. 775, 26 L. Ed. 924, and Manhattan Life Insurance Co. v. Hennessy, 99 Fed. 70, 39 C. C. A. 625.

CUSHMAN & DENISON MFG. CO. v. DENNY. (Circuit Court of Appeals, Second Circuit. November 7, 1907.) No. 14. October Term, 1907. Appeal from the Circuit Court of the United States for the Southern District of New York. E. C. Davidson, for appellant. Almon Hall, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. We find no invention in the slight change of shape from that shown in Clough's device, and are not satisfied that the device of the patent possesses the functional advantage claimed for it, viz., more uniform contact with the paper held in the clip. Decree (147 Fed. 734) affirmed, with costs.